**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel Petrie Martinez,<br><br>Petitioner,<br><br>v.<br><br>Jefferson B Sessions, III, et al.,<br><br>Respondents. | No. CV-18-02261-PHX-JAT<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation ("R&R") from the Magistrate Judge recommending that the Petition in this case be denied. (Doc. 14). Neither party has filed objections to the R&R.

The Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue that is not the subject of an objection*" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Based on the foregoing,

/ / /

/ / /

/ / /

1 **IT IS ORDERED** that the Report and Recommendation (Doc. 14) is accepted; the Petition in this case is denied and dismissed with prejudice and the Clerk of the Court shall enter judgment accordingly.

Dated this 9th day of January, 2019.

James A. Teilborg
Senior United States District Judge